Entered: November 16, 2021
Signed:  November 16, 2021

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

**In re:   Case No.:   21−14361 − MMH     Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Lisa Fore
*debtor has no known aliases*
4002 Shiloh Avenue
Hampstead, MD 21074

Social Security No.:   xxx−xx−6995

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 7/1/21.

The estate of the above−named debtor has been fully administered.

ORDERED, that Charles R. Goldstein is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *admin*